UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON CHRISTENSEN, <br><br> Defendant. | CASE NO. MJ 16-044 <br><br> DETENTION ORDER |

<u>Offense charged</u>:    Felon in Possession of a Firearm; Possession of Methamphetamine with Intent to Distribute; Possession of a Firearm in Furtherance of a Drug Trafficking Crime

<u>Date of Detention Hearing</u>:    February 11, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has a lengthy criminal record that includes a number of crimes of violence. His record indicates gang membership and assault against law enforcement officials.

DETENTION ORDER
PAGE - 1

There are two outstanding bench warrants in state court.

2. Defendant is not employed. A firearm was allegedly found concealed on his person at the time of arrest in a concealment vest together with alleged methamphetamine. The firearm had a round loaded in the chamber and was loaded to capacity. It was not found at the time of arrest, but only when booked into the South Correctional Entity (SCORE).

3. Defendant poses a risk of nonappearance due to lack of employment, a pending criminal case in state court, outstanding warrants, and a lack of information about substance use history. He poses a risk of danger based on criminal history, possible substance use, and the nature of the alleged offense.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

/ / /

/ / /

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>11th</u> day of February, 2016.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge