Chief Judge Ricardo S. Martinez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

JASON CHRISTENSEN,

Defendant.

NO. CR16-44RSM

ORDER

Based upon the motion of the United States, and the representations made therein, and good cause having been shown:

IT IS HEREBY ORDERED that the time period for the United States to respond to the pending *pro se* motion for compassionate release (Dkt. 49) is extended to September 25, 2020.  If counsel is appointed prior to that date, the parties are directed to negotiate a proposed briefing schedule in the matter and submit it to the Court for approval.

DATED this 11th day of September, 2020

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

*U.S. v. Christensen,* CR16-44RSM
Order - 1

1

2  Presented by:

3

4  /s/ Stephen Hobbs
5  Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*U.S. v. Christensen,* CR16-44RSM
Order - 2