UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON CHRISTENSEN,<br><br>Defendant. | Case No. CR16-00044-RSM<br><br>ORDER GRANTING IN PART MOTION TO MODIFY CONDITIONS OF SUPERVISION |

This matter comes before the Court on Jason Christensen's Motion to modify the conditions of his supervision, Dkt. #63. Mr. Christensen requests a modification related to the medical use of marijuana.

Having considered Defendant Christensen's Motion, the Government's Response, and the remainder of the record, the Court hereby finds and ORDERS that this Motion is GRANTED IN PART. Mr. Christensen's conditions of supervised release are modified to remove the testing requirement for the use of marijuana.

DATED this 16th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1